UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:06-14208-CIV-MARTINEZ-WHITE

RICHARD B. FREY,
    Plaintiff,

vs.

ST. LUCIE COUNTY JAIL, ET AL.,
    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Paul A. White, United States Magistrate Judge **(D.E. No. 3)**. The Magistrate Judge issued a Report and Recommendation **(D.E. No. 6)** on September 15, 2006. No objection to the Report and Recommendation was filed. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge 's Report and Recommendation **(D.E. No. 6)** on is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. This Complaint **DISMISSED without prejudice** due to Plaintiff's failure to exhaust administrative remedies.

2. This case is **CLOSED**, any pending motions not otherwise ruled upon are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of October, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Richard B. Frey, *pro se*, No. 798994
**Martin Correctional Institution
1150 S.W. Allapattah Road
Indiantown, FL 34956-4397**