UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  04-23254-CIV-MARTINEZ-WHITE

DANIEL CHARBONEAU,
    Plaintiff,

vs.

UNITED STATES OF AMERICA,
    Defendant.
_____/

### ORDER DENYING CERTIFICATE OF APPEALABILITY
### AND GRANTING IN FORMA PAUPERIS STATUS

THIS MATTER is before the Court upon Plaintiff's Notice of Appeal (**D.E. No. 47**) and Motion to Proceed In Forma Pauperis (**D.E. Nos. 50 and 51**).  The notice is treated as a motion for a Certificate of Appealability.

Pursuant to 28 U.S.C. § 2253(c) an appeal may not be taken from a final order in a *habeas corpus* proceeding unless a Certificate of Appealability is issued.  The certificate must contain a finding that the applicant has made a substantial showing of the denial of a constitutional right and must indicate which specific issue or issues satisfy the required showing.  Applying these standards, the Court finds that there is no substantial showing of a denial of a constitutional right.  Accordingly, it is

ORDERED AND ADJUDGED that motion (**D.E. No. 47**) is **DENIED** and a Certificate of Appealability **SHALL NOT ISSUE**.  The Motion to Proceed In Forma Pauperis (**D.E. No. 50**) is **GRANTED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of October, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
**Daniel Charboneau,** *pro se*
**15 Lexington Street # 2**
**Waterford, MA 02472-2238**